#06507

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
DEC 26 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **INDUSTRIAL DOOR CONTRACTORS, INC.,** | : | |
| **Plaintiff,** | : | **CASE NO. 01-411C** |
| **v.** | : | **(Judge Baskir)** |
| **UNITED STATES,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Industrial Door Contractors, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment of this Court entered in the above captioned proceeding on the 2nd day of November, 2007.

DATED this 21st day of December, 2007.

SMITH, CURRIE & HANCOCK LLP

Andrew R. McBride
2700 Marquis One Tower
245 Peachtree Center Ave, N.E.
Atlanta, GA 30303-1227
404/521-3800
404/688-0671 FAX
Attorneys for Plaintiff

**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INDUSTRIAL DOOR CONTRACTORS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | : | **CASE NO. 01-411C**<br>**(Judge Baskir)** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served upon counsel for all parties a copy of the foregoing **Notice of Appeal** by facsimile and by First Class Mail to the address and fax number shown as follows:

Lauren S. Moore, Esq.
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Fax (202)514-8640

This 21st day of December, 2007.

Andrew R. McBride

United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005
(202) 357-6406

Name/Agency Smith, Currie & Hancock

Check Number 129344

| Fund | | Amount | |
|---|---|---|---|
| 085000 | Attorney Admission Fee | | |
| 086900 | Filing Fees | 100 | 00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous | | |
| 322380 | Recoveries of Costs | | |
| 6855XX | Deposit Fund | | |
| 510000 | Fees for Judical Services | 150 | 00 |
| 086400 | Special Fund (Appeal Fees) | 200 | 00 |
| | | | |

| Cash | Check | M.O. | OC | TOTAL | 455 00 |
|---|---|---|---|---|---|
| | ✓ | | | | |

Checks are accepted subject to collection and full credit will only be given when the check has been accepted by the financial institution on which it has been drawn.

| | Deputy Clerk Signature | Date |
|---|---|---|
| 067507 | Derek W[illegible] | 12/26/07 |